Opinion filed August 16, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed August 16, 2007

 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00138-CR 

                                                    __________

 

                                    CECIL
DELL SPIVEY, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 220th District Court

                                                      Comanche
 County, Texas

                                          Trial Court Cause No. 
CCCR-05-02756

 



 

                                                                   O
P I N I O N

Cecil
Dell Spivey has filed in this court a motion to withdraw his notice of
appeal.  In his motion, appellant states
that he is voluntarily, knowingly, and intelligently withdrawing his
appeal.  The motion is signed by both
appellant and his counsel.  The motion is
granted.

The
appeal is dismissed.

 

PER
CURIAM

August 16, 2007

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.